| 869/1 | 79 | 1045 | 11 | 08 | 79 | 2 | *330* | 2 | | | | P | 79 | 1045 |

## PLAINTIFFS

JOHNSON, Carlyle

## DEFENDANTS

BUSBY, Doyle, MILLER, Donald and GAUGER, Myron

## CAUSE

Petition for Removal pursuant to 28 U.S.C. Sec. 1442(a)

## ATTORNEYS

Roger Tellinghuisen
A. P. Fuller
P. O. Box 898
Lead, S.D. 57754

U.S. Attorney
John J. Ulrich

## FILING FEES PAID

| CHECK HERE IF CASE WAS FILED IN FORMA | DATE | RECEIPT NUMBER | C.D. NUMBER |

## STATISTICAL CARDS

| CARD | DATE MAILED |
| --- | --- |
| JS-5 | |
| JS-6 | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1979 | | |
| 11-8 | 1 | Civil Cover Sheet filed |
| 11-8 | 2 | Petition For Removal filed |
| 11-8 | 3 | Verification filed |
| 11-8 | 4 | Notice of Filing Petition For Removal filed |
| 11-21 | 5 | Stipulation and Order granting Govt. additional 60 days to answer filed. |
| | | Notice of Entry and copy of order del. U.S. Atty. and A.P. Fuller. |
| 1980 | | |
| Jan. 14 | 6 | Answer filed. |
| Jan. 21 | 7 | Amended Answer filed. |
| Apr. 7 | 8 | Defendant's Response to Plaintiff's Motion to Produce filed. |
| Apr. 18 | 9 | Request to Produce from Plaintiff's to Defendants |
| May 7 | 10 | Interrogatories by Defendants filed |
| June 13 | 11 | Stipulation and Order that plff. has additional 20 days to answer dfdt.'s interrogatories filed. |
| June 13 | | Notice of Entry and copy of Order mailed to A. P. Fuller and U.S. Atty. SF. |
| July 11 | 12 | Plaintiff's Answers to Defendants' Interrogatories filed. |
| July 16 | 13 | Stipulation and Order Dismissing Count 4 of plaintiff's complaint filed. |
| July 16 | | Notice of Entry and copy of Order mailed to Roger Tellinghuisen and U.S. Atty., SF. |
| Aug. 11 | 14 | Defendant United States' Motion to Compel Answer to Interrogatories filed. Copies fur. to court. |
| Aug. 22 | 15 | Plaintiff's Response to Defendant's Motion to Compel Answers to Interrogatories filed. |
| Sept. 5 | 16 | Motion to Dismiss or for Summary Judgment by Dfdts. with Exhibits A thru D filed. Copy fur. court |
| Sept. 5 | 17 | Memorandum of Law in Support of Motion to Dismiss or for Summary Judgment filed |
| Sept. 5 | 18 | Defendant United States' Subsequent Motion to Compel Answers to Interrogatories filed |
| Sept.22 | 19 | Memorandum of Law in Opposition to Defendants' Motion to Dismiss or For Summary Judgment filed. |
| Dec. 1 | 20 | Letter to counsel setting time and date for Hearing on Defendant's Motion to Dismiss and for Summary Judgment filed. |
| 1981 | | |
| Jan. 8 | | Enter Hearing on Motion to Compel Answers to Interrogatories before t Hon. Donald J. Porter, Judge presiding. |
| Jan. 8 | | Ordered that plff. answer dfdt.'s interrogatories #3, 4C, 4E, and 12 within 15 days, and interrogatories #15 and 31 within 30 days. |
| Jan. 13 | 21 | Order Denying Defendant's Motion to Dismiss or for Summary Judgment filed. |
| Jan. 13 | | Correct copy entered in 1981 N.D. Order Book, page 5. |
| Jan. 13 | | Notice of Entry and copy of Order mailed to U.S. Atty., SF and to Rog Tellinghuisen. |
| Jan. 13 | 22 | Order that plff. shall answer interrogatories filed. |
| Jan. 13 | | Correct copy entered in 1981 N.D. Order Book, page 6. |
| Jan. 13 | | Notice of Entry and copy of Order mailed to U.S. Atty., SF and to Rog Tellinghuisen. |
| Jan. 23 | 23 | Plaintiff's Additional Answers to Interrogatories along with attachme filed. |
| Feb. 5 | 24 | Plaintiff's Additional Answers to Interrogatories (Second Set) filed. |
| Feb. 12 | 25 | Plaintiff's Factual Summary for trial filed |
| Apr. 1 | 26 | Plaintiff's Brief filed |
| Apr. 6 | 27 | Defendant United States' Memorandum in Support of Jurisdiction filed. |
| Aug. 10 | 28 | Memorandum Opinion filed |

IL DOCKET CONTINUATION SHEET                                    FPI-MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | DOCKET NO. CIV79-1045 |
|---|---|---|
| OHNSON, Carlyle | BUSBY, Doyle, et al. | PAGE 2 OF 2 PAGES |

| DATE 81 | NR. | PROCEEDINGS |
|---|---|---|
| . 10 | 29 | Order of Court finding jurisdiction in this Court and setting Court Trial date for September 14, 1981 at Aberdeen, filed |
| . 10 |  | Correct copy entered in 1981 N.D. Order Book, page 56 |
| . 10 |  | Notice of Entry and copy of Order mailed U.S. Atty. and A.P. Fuller |
| . 14 | 30 | Motion for Continuance filed. Copies fur. to court. |
| . 20 | 31 | Order continuing case until 10/19/81 at 9:30 am filed. |
| . 20 |  | Correct copy entered in 1981 N.D. Order Book, page 57. |
| . 20 |  | Notice of Entry and copy of Order mailed to A. P. Fuller and U.S. Atty., SF. |
| . 20 | 32 | Pre-Trial Order for Jury Trial filed. |
| . 20 |  | Notice of Entry and copy of Order mailed to A. P. Fuller and U.S. Atty., SF. |
| t.24 | 33 | Deposition of Doyle Busby taken on behalf of the plaintiff filed. |
| t.28 | 34 | Letter to counsel stating that necessary materials be furnished to Court no later than 10 days prior to trial filed. |
| . 1 | 35 | Letter to Court from defendants showing the U.S. does not resist Plff' demand for jury trial filed |
| . 1 | 36 | Letter to Court from plaintiffs renewing request for jury trial filed. |
| . 9 | 37 | Motion to Dismiss filed. Copies fur. to court. |
| . 9 | 38 | Pre-Trial Statement of Defendants filed. |
| . 13 | 39 | Plaintiff's Trial Brief filed |
| . 13 | 40 | Plaintiff's List of Witnesses filed |
| . 13 | 41 | Plaintiff's Response to Pretrial Order for Jury Trial filed |
| . 13 | 42 | Plaintiff's Requested Voir Dire Questions filed |
| . 13 | 43 | Plaintiff's Proposed Jury Instructions filed |
| . 13 | 44 | Affidavit of Mailing from Dorothy M. Trussell filed |
| . 15 | 45 | Notice of Re-scheduling time for Jury Trial on 10/19/81 at 11:00 AM filed |
| . 19 | 46 | Making Jury List. Filing same. |
| . 19 |  | Enter Jury Trial Proceedings before the Hon. Donald J. Porter, Judge presiding |
| . 20 |  | Enter Jury Trial Proceedings before the Hon. Donald J. Porter, Judge presiding |
| . 20 | 47 | Plaintiff's Objections to Court's Proposed Jury Instructions filed |
| . 21 | 48 | Exhibit List filed |
| . 21 | 49 | Court's Instruction No. 21 in regard to "discretionary act" filed |
| . 21 | 50 | Verdict in favor of plaintiff and against all defendants and assess plaintiff's compensatory damages at the sum of $1.00 filed |
| . 21 | 51 | Jurors Interrogatories filed |
| . 21 | 52 | Court's Instructions to the Jury filed |
| . 21 |  | Enter Jury Trial Proceedings before the Hon. Donald J. Porter, Judge presiding |
| . 23 | 53 | Judgment on Jury Verdict for plaintiff filed |
| . 23 |  | Correct copy entered in 1981 N.D. Order Book, page 88 |
| . 23 |  | Enter Memo of Judgment in J.L.D. |
| . 23 |  | Notice of Entry and copy of Judgment mailed A.P. Fuller and John Ulrich |
| . 28 | 54 | Motion for Judgment Nonwithstanding the Verdict by Dfdt's. filed Copy fur. court |
| . 29 | 55 | Plaintiff's Motion for New Trial on Question of Damages or in the Alternative Motion for New Trial (Rule 59, FRCP) filed. Copy fur. court |
| . 29 | 56 | Memorandum in Support of Motion filed |
| . 29 | 57 | Bill of Costs filed |
| . 3 | 58 | Order setting time and date to show cause and that Plaintiff is restrained from contacting any juror filed. |

OVER    DC-111A REV. (1/75)

| | | |
|---|---|---|
| **CIVIL DOCKET CONTINUATION SHEET** | | FPI-MI—3-14-75-50M-3511 |
| PLAINTIFF<br>JOHNSON, Carlyle | DEFENDANT<br>BUSBY, Doyle, et al. | DOCKET NO. 79-10<br>PAGE 3 OF ___ PA( |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11-3-81 | | Notice of Entry and copy of Order mailed A.P. Fuller and U.S. Attorney, Sioux Falls. |
| 11-3-81 | | Correct copy entered in 1981 N.D. Order Book, Page 89 |
| 11-9-81 | 59 | PLAINTIFF'S RESPONSE to Defendants' Motion Notwithstanding the Verdict Filed |
| 11-12-81 | 60 | DEFENDANTS' RESISTANCE to Plaintif's Motion for New Trial and Response to Plaintiff's Analysis of 28 USC 2680(a) Filed. Copy fur. Court. |
| 11-16-81 | 61 | Affidavit of Carllyle Johnson filed. |
| 11-16-81 | 62 | Stipulation as to plaintiff's association to jurors filed. |
| 12-29 | | Enter Hearing on Defendant's Motion for Judgment Notwithstanding Verdict and Plaintiff's Motion for New Trial before the Hon. Donald J. Porter, Judge, presiding. Ruling reserved. |
| 1982 | | |
| Feb. 5 | 63 | Deposition of Donald Miller taken on 9/23/82 on behalf of Plff. f |
| Feb. 5 | 64 | Deposition of Myron Gauger taken on 9/23/81 on behalf of Plff. f |
| Mar. 29 | 65 | Memorandum Opinion filed. |
| Mar. 29 | | Correct copy entered in 1982 N.D. Order Book, page 30. |
| Mar. 29 | 66 | Order Denying Plaintiff's Motion for New Trial and Denying Defendant's Motion for Judgment Notwithstanding the Verdict filed. |
| Mar. 29 | | Correct copy entered in 1982 N.D. Order Book, page 31. |
| Mar. 29 | | Notice of Entry and copy of Order mailed to U.S. Atty., SF and to A. P. Fuller. |
| Apr. 8 | 67 | Notice of Appeal filed. |
| Apr. 8 | | C. copy of Notice of Appeal del. Richard B. Thiewes, Court Repor: |
| Apr. 8 | | 3 c. copies of Appeal mailed to Robert D. St. Vrain, Clerk. |
| Apr. 8 | | Notice of Entry and copy of Notice of Appeal mailed to John Ulri( and Roger Tellinghuisen. |
| Apr. 8 | 68 | Copy of letter to Robert D. St. Vrain, Clerk filed. |
| Apr. 14 | 69 | Defendants' Designation of Record filed. |
| Apr. 27 | 70 | Trial Transcript filed |
| Apr. 28 | 71 | NOTICE OF APPEAL filed. |
| Apr. 28 | | C. copy del. Richard B. Thiewes, Court Reporter, Room 401, Federa B.dg. & U.S. Post Office, Pierre, SD. |
| Apr. 28 | | 3 c. copies mailed to Robert D. St. Vrain, Clerk. |
| Apr. 28 | | Notice of Entry and copy of Appeal mailed to Carlyle Johnson and John J. Ulrich. |
| Apr. 28 | 71 | Copy of LETTER to Robert D. St. Vrain, Clerk filed. |
| May 11 | 72 | Plaintiff-Appellee's Designation of Record filed |
| May 11 | 73 | Plaintiff-Appellant's Designation of Record filed |
| May 20 | | MAILING Designation of Record to Robert D. St. Vrain, Clerk. |
| May 26 | 74 | NEW Notice of Appeal filed. |
| June 21 | 75 | DEFENDANTS' Supplemental Designation of Record on Appeal filed |
| June 21 | | 3 c. copies mailed to Robert D. St. Vrain, Clerk |
| June 21 | 76 | Copy of LETTER to Robert D. St. Vrain, Clerk filed |
| 1983 | | |
| May 12 | 77 | OPINION from U.S. Court of Appeals Reversing and Remanding Judgment of this Court and Affirming Cross-Appeal filed. |
| May 12 | 78 | JUDGMENT from U.S. Court of Appeals Reversing and Remanding Judgment of this Court filed. |
| May 12 | | C. copy of Judgment mailed to A. P. Fuller, Carlyle Johnson and John J. Ulrich. |
| May 12 | 79 | JUDGMENT from U.S. Court of Appeals Affirming Judgment of this Court filed. |

DC-111A REV. (1/75)

C 111A
Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 79-10 |
|---|---|---|
| Carlyle Johnson | Doyle Busby, et al. | PAGE ___ OF ___ PA |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1983 | | John J. Ulrich. |
| Aug. 19 | 80 | AMENDED JUDGMENT on Jury Verdict for plaintiff filed |
| Aug. 19 | | Correct copy entered in 1983 N.D. Order Book, page 78 |
| Aug. 19 | | Enter Memo of Judgment in J.L.D. |
| Aug. 19 | | Notice of Entry and copy of Amended Judgment mailed A.P. Fuller and U.S. Atty., SF along with Bill of Costs. |
| Aug. 29 | 81 | BILL OF COSTS filed. |
| Sept. 23 | 82 | MOTION and ORDER vacating costs of plaintiff based upon U.S. Eigh Circuit Court of Appeals' decision filed |
| Sept. 23 | | Notice of Entry and copy of Motion and Order mailed A.P. Fuller a John J. Ulrich |
| Nov. 2 | 83 | RECEIPT for returning Gov't. exhibits filed. |
| Dec. 28 | 84 | LETTER filed. Re: Destruction. Depositions on behalf of Plainti destroyed. |
| Dec. 28 | 85 | LETTER filed. Re: Destruction. Plaintiff's Exhibits destroyed. |